**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1260**

WILLIAM A. TACCINO; MARLENE M. TACCINO,

             Plaintiffs - Appellants,

        v.

HOMEQ SERVICING; MANCINI & ASSOCIATES; U.S. BANK N/A; MORRIS
SCHNEIDER PRYOR JOHNSON & FREEDMAN, LLC; G. DOUGLAS
REINHARD; RICK CONNER; EXPRESS MORTGAGE FINANCIAL SERVICES,
P.C.,

             Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  John Preston Bailey,
Chief District Judge.  (3:08-cv-00185-JPB)

Submitted:  September 16, 2010      Decided:  October 26, 2010

Before NIEMEYER, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William A. Taccino, Marlene M. Taccino, Appellants Pro Se. Wendy
Anne Owens, LAW OFFICE OF WENDY A. OWENS, PC, Savannah, Georgia;
Marshall Howard Ross, WHARTON, ALDHIZER & WEAVER, PLC,
Harrisonburg, Virginia; Jason Patrick Foster, STEPTOE & JOHNSON,
LLP, Martinsburg, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. Taccino and Marlene M. Taccino appeal the district court's order granting summary judgment to Defendants in this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taccino v. Homeq Serv., No. 3:08-cv-00185-JPB (N.D. W. Va. Feb. 18, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED